IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-01115-RBJ

DISH NETWORK L.L.C., a Colorado limited liability company,

    Plaintiff,

v.

REY RAMIREZ d/b/a My Sky TV, an individual Kansas resident,

    Defendant.

---

ORDER ON PLAINTIFF DISH NETWORK L.L.C.'S MOTION FOR DEFAULT JUDGMENT

---

After considering the *Motion for Default Judgment* [ECF No. 10] filed by Plaintiff DISH Network L.L.C. ("DISH") against Defendant Rey Ramirez d/b/a My Sky TV ("Ramirez"), the *Entry of Default* filed by the Clerk of the Court, and the underlying *Application to Confirm Arbitration Award* filed by DISH, the Court hereby **GRANTS** the *Motion for Default Judgment* and renders judgment in favor of DISH against Ramirez pursuant to Federal Rule of Civil Procedure 55(b) for failure to plead or otherwise defend the above-entitled action.

**ITS IS THEREFORE ORDERED** that the arbitration award issued by the American Arbitration Association on June 23, 2014, in favor of DISH against Ramirez (the "Arbitration Award"), is hereby confirmed pursuant to 9 U.S.C. § 9 which provides that "at any time within one year after the award is made any party to the arbitration may apply to the court . . . for an order confirming the award, and thereupon the court must grant such order unless the award is

vacated, modified, or corrected," as prescribed by the Federal Arbitration Act; and it is further

**ORDERED** that judgment is awarded in favor of DISH against Ramirez for the sum amount of $86,180.38—an amount comprised of actual damages, administrative expenses, and reasonable attorneys' fees as set forth in the Arbitration Award; and it is further

**ORDERED** that any other relief not expressly provided herein is DENIED.

DATED this 15th day of July, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge